UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

LANDMARK TECHNOLOGY, LLC,

    Plaintiff,

vs.

A.M. LEONARD, INC.

    Defendant.

Case No. 3:18-cv-306

District Judge Thomas M. Rose
Magistrate Judge Michael J. Newman

___

**ORDER AND ENTRY ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE (DOC. 13)**
___

The Court has reviewed the Report and Recommendation of Magistrate Judge Michael J. Newman (Doc. #13), to whom this case was referred pursuant to 28 U.S.C. § 636(b). The parties have not filed objections to the Report and Recommendation and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired. Accordingly, it is hereby **ORDERED** that: (1) the Report and Recommendation (Doc. #13) is **ADOPTED** in full; (2) Plaintiff's motion for voluntary dismissal with prejudice (Doc. #11) is **GRANTED**; and (3) this case is **TERMINATED** on the docket of the Court.

    **IT IS SO ORDERED.**

Date: February 14, 2019          *s/Thomas M. Rose
                                                Thomas M. Rose
                                                United States District Judge